IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MONROE,<br><br>        Plaintiff,<br><br>  vs.<br><br>SUE SOMERSET, et al,<br><br>        Defendants | No. C 09-5456 JSW (PR)<br><br>**ORDER DISMISSING COMPLAINT; NO FEE IS DUE** |

     Plaintiff, a prisoner incarcerated at Ironwood State Prison in Blythe, California, filed a civil rights action pursuant to 42 U.S.C. § 1983. However, it appears that the complaint is duplicative of one that was filed under Case No. C-09-5445 JF (PR). Plaintiff promptly notified this Court that two identical actions had been commenced. Therefore, the instant case is DISMISSED as duplicative of Plaintiff's complaint in that case, currently pending before this Court. Because Plaintiff's complaint was apparently filed in error, no fee is due. The Clerk of Court shall enter judgment and close the file.

     IT IS SO ORDERED.

DATED: December 16, 2009

                                                     *Jeffrey S. White*
                                        JEFFREY S. WHITE
                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MONROE,  | Case Number: CV09-05456 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SUE SUMMERSET et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shawn Monroe
Ironwood State Prison
P94445
Blythe, CA 92226

Dated: December 16, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk